UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JOE MORSE** | : | **DOCKET NO. 5:22-cv-04970** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **ALLSTATE VEHICLE & PROPERTY INSURANCE CO.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Amended Report and Recommendation of the Magistrate Judge previously filed herein [doc. 29], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that Joe Morse's voluntary motion to dismiss without prejudice [doc. 25] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 8th day of September, 2023.

_Donald E. Walter_
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE